UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00405-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. AGUSTIN HERNANDEZ-AVALOS, a/k/a Jorge Aguilar Hernandez, a/k/a Agustine Hernandez, a/k/a Antonio Mariles-Santos,

 Defendant.

## ORDER

 This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

 ORDERED that all pretrial motions shall be filed by **Monday, September 13, 2010,** and responses to these motions shall be filed by **Monday, September 27, 2010.** It is

 FURTHER ORDERED that a 2-day jury trial is set for **Tuesday, October 12, 2010, at 9:00 a.m. in courtroom A-1002.**

 Dated this 18th day of August, 2010.

        BY THE COURT:

        s/ Wiley Y. Daniel
        WILEY Y. DANIEL
        CHIEF U. S. DISTRICT JUDGE