UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00405-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  AGUSTIN HERNANDEZ-AVALOS, a/k/a Jorge Aguilar Hernandez, a/k/a Agustine Hernandez, a/k/a Antonio Mariles-Santos,

    Defendant.

---

## MINUTE ORDER

---

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on September 17, 2010. A Change of Plea hearing is set for **Wednesday, November 3, 2010 at 3:30 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    The two-day trial set for Tuesday, October 12, 2010 at 9:00 a.m. is hereby **VACATED**.

    Dated: September 17, 2010.